# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMANJEET SIDHU, | Case No. 2:24-cv-01646-RFB-EJY |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| JEREMY BEAN, et al. | |
| Respondents. | |

This habeas matter is before this Court on counseled Petitioner Ramanjeet Sidhu's unopposed motion for an extension of time to file his amended petition. (ECF No. 17.) This is Sidhu's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 17) is granted. Sidhu has up to and including May 5, 2025, to file his amended petition.

**DATED:** February 10, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**