# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAMANJEET SIDHU, | Case No. 2:24-cv-01646-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, *et. al.*, | |
| Respondents. | |

This habeas matter is before this Court on counseled Petitioner Ramanjeet Sidhu's unopposed motion for an extension of time to file his amended petition. (ECF No. 21). The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 21) is **GRANTED**. Sidhu has up to and including July 7, 2025, to file his amended petition.

**DATED:** May 5, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**