UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMANJEET SIDHU,<br><br>    Petitioner,<br><br>v.<br><br>JEREMY BEAN, et al.<br><br>    Respondents. | Case No. 2:24-cv-01646-RFB-EJY<br><br>**EXTENSION ORDER** |

This habeas matter is before this Court on counseled Petitioner Ramanjeet Sidhu's unopposed motion for an extension of time to file his amended petition. (ECF No. 23.) This is Sidhu's third request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 23) is **GRANTED**. Sidhu shall file the amended petition on or before August 21, 2025.

**DATED:** July 10, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**