# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMANJEET SIDHU, | Case No. 2:24-cv-01646-RFB-EJY |
| Petitioner, | **ORDER** |
| v. | |
| JEREMY BEAN, *et al*. | |
| Respondents. | |

This habeas matter is before this Court on counseled Petitioner Ramanjeet Sidhu's unopposed motion for an extension of time to file his amended petition. (ECF No. 25). This is Sidhu's fourth request for an extension of this deadline. The Court finds good cause exists to grant the extension.

**Therefore, IT IS HEREBY ORDERD** that the unopposed motion for extension of time (ECF No. 25) is **GRANTED**. Sidhu has up to and including September 2, 2025, to file his amended petition.

**DATED:** August 22, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**