# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMANJEET SIDHU,<br><br>    Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>    Respondents. | Case No. 2:24-cv-01646-RFB-EJY<br><br>**ORDER** |

This habeas matter is before this Court on Respondents' unopposed motion for a 91-day extension of time to file their response to Petitioner Ramanjeet Sidhu's Amended Petition. (ECF No. 28). This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 28) is **GRANTED**. Respondents have up to and including **February 2, 2026**, to file their response.

**DATED:** November 12, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**