**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RAMANJEET SIDHU, | Case No. 2:24-cv-01646-RFB-EJY |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| JEREMY BEAN, *et al*. | |
| Respondents. | |

This habeas matter is before this Court on Respondents' (ECF No. 30) unopposed motion for a 60-day extension of time to file their response to Petitioner Ramanjeet Sidhu's Amended Petition. This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** that the (ECF No. 30) unopposed motion for extension of time is **GRANTED** *nunc pro tunc*. Respondents have up to and including April 3, 2026, to file their response.

**DATED:** March 2, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**