# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

RAMANJEET SIDHU,

        Petitioner,

    v.

JEREMY BEAN, *et al*.,

        Respondents.

Case No. 2:24-cv-01646-RFB-EJY

**SEAL AND
EXTENSION ORDER**

Before the Court is Respondent's (ECF No. 36) motion to file Petitioner's competency evaluation, presentence investigation report, sentencing submission, and amended state habeas petition under seal. Having reviewed and considered the matter in accordance with Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

Also before the Court is also Petitioner's (ECF No. 40) unopposed motion for a 45-day extension of time to file his opposition to Respondent's motion to dismiss. This is Petitioner's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** that the motion to seal (ECF No. 36) is **GRANTED**. Exhibits 12, 50, 52, and 92 (ECF Nos. 37-1 through 37-4) are considered properly filed under seal.

///

///

///

///

**IT IS FURTHER ORDERED** that the unopposed motion for extension of time (ECF No. 40) is **GRANTED** *nunc pro tunc*. Petitioner has up to and including **June 1, 2026**, to file his opposition.

**DATED:** May 4, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**