**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RAMANJEET SIDHU,

Petitioner,

v.

JEREMY BEAN,

Respondent.

Case No. 2:24-cv-01646-RFB-EJY

**ORDER GRANTING EXTENSION**

Before the Court is Petitioner's unopposed motion for a 60-day extension of time to file his opposition to Respondent's motion to dismiss (ECF No. 43). This is Petitioner's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS HEREBY ORDERED** that the unopposed motion for extension of time (ECF No. 43) is granted. Petitioner has up to and including July 31, 2026, to file his opposition.

**DATED:** July 29, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**